IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN S. CULLENWARD,<br><br>　Defendant and Judgment Debtor.<br><br>THE VANGUARD GROUP, INC,<br><br>　　　　　　　Garnishee. | MISC. NO.:  2:14 MC-00021 JAM-CKD<br><br>CASE NO.:  2:13 CR-00060 JAM<br><br>**FINAL ORDER OF GARNISHMENT** |

　　　By its Order filed April 29, 2014, (ECF No. 11), the Court adjudicated the United States' garnishment proceeding against defendant Martin S. Cullenward's individual retirement accounts (IRAs) in the United States' favor.  Accordingly, the Court hereby enters its Final Order of Garnishment, ORDERING, DECREEING AND ADJUDGING as follows:

　　　1.  Defendant's claim of exemption is DENIED.

　　　2.  The United States' application for a final order of garnishment liquidating Defendant's two IRA counts maintained at garnishee, the Vanguard Group, Inc. (Vanguard), is GRANTED.

　　　3.  Vanguard's IRA Custodian shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check, money order or company draft for the entire balances contained in Martin S.

1  Cullenward's IRA accounts held in the Vanguard Wellesley Income Fund (462.550 shares as of March
2  4, 2014) and in the Vanguard Wellington Fund (305.391 shares as of March 4, 2014), and made payable
3  to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of
4  California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Vanguard shall also state the
5  docket number (Case No.:  2:13 CR-00060 JAM) on the payment instrument and, if Vanguard desires a
6  payment receipt, shall include a self-addressed, stamped envelope with the payment.

8  IT IS SO ORDERED.
9  Dated:  May 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE