IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MARTIN S. CULLENWARD,<br><br>       Defendant and Judgment Debtor.<br><br>THE VANGUARD GROUP,<br><br>       Garnishee. | MISC NO.: 2:14-mc-00021-JAM-CKD<br><br>**ORDER** |

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the Application), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the writ of garnishment previously issued against defendant Martin S. Cullenward is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: August 31, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE